## TOWN OF LINCOLN

v.

## Arthur J. COURNOYER.

No. 80–307–A.

Supreme Court of Rhode Island.

Oct. 8, 1981.

Harry W. Asquith, Edward M. Moses, Providence, for plaintiff.

Oster, Groff & Prescott, George M. Prescott, Lincoln, for defendant.

### ORDER

This case came before the court on October 8, 1981 on an order to show cause why the appeal should not be dismissed.

After hearing arguments of counsel we are of the opinion that cause was not shown.

Therefore, the appeal of the defendant is hereby dismissed.

## PROVIDENCE ELECTRIC CO., INC.

v.

## DISO CORP. et al.

No. 81–21–Appeal.

Supreme Court of Rhode Island.

Oct. 15, 1981.

Adelson & Chernick, Melvin A. Chernick, Providence, for plaintiff.

Joseph A. Rotella, Cappalli, Greco & Ialongo, Richard A. Cappalli, Cranston, for defendants.

### ORDER

This case came before this court on the plaintiff's motion to affirm filed pursuant to Rule 16(g) of the Rules of Appellate Procedure.

After examining the record and briefs and hearing oral arguments of the parties, we are of the opinion that our decision in *Providence Electric Co. v. Donatelli Bldg. Co.*, 116 R.I. 340, 356 A.2d 483 (1976), controls. In that case, which involved similar facts, this court stated that the plaintiff had an adequate remedy under General Laws 1956 (1969 Reenactment) § 34–28–30 and was not required thereunder to comply with the notice provisions of § 37–12. 116 R.I. at 346, 356 A.2d at 486. The motion to affirm the judgment of the Superior Court is hereby granted.